UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILSON EARL LOVE., <br><br> Plaintiff, <br><br> v. <br><br> THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT <br><br> Defendant. | Case No. 2:21-cv-01217-RFB-EJY <br><br> **ORDER** |

    Before the Court for consideration is the Report and Recommendation [ECF No. 5] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered July 30, 2021.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 25, 2017.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 5] is ACCEPTED and ADOPTED in part.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice. The Clerk of the Court is instructed to close this case.

**IT IS FURTHER ORDERED** that the Plaintiff may move to reopen this case and vacate the judgment by filing a motion for reconsideration of this order. In this motion, the Plaintiff is required to explain what circumstances delayed his objection to the magistrate judge's report and recommendation. If the Court finds there to be good cause or a reasonable explanation therein, the Court will reopen the case and vacate the judgment.

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: August 18, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**